IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE URBINA, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 3:24-cv-00183 |
| PROFESSIONAL SPRINKLERS LLC, | § | |
| AND JUAN ALVAREZ | § | |
| *Defendants*. | § | |

**<u>JOINT STIPULAITON OF DISMISSAL WITH PREJUDICE AND
MOTION TO WITHDRAW MOTION FOR IN-CAMERA REVIEW</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

1. Plaintiff and Defendants Professional Sprinklers, LLC, and Juan Alvarez have entered into a settlement agreement resolving all issues in this matter. This agreement, provides, among other things, that Plaintiff shall dismiss with prejudice all claims against all Defendants in this matter.

2. As such, Plaintiff and Defendants formally request the Court strike, from the Court's record, their settlement agreement submitted for approval as an exhibit (Doc.23-1) to their previous Motion for Approval and In-Camera Review Doc. 23).

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and DefendantS hereby file this Joint Stipulation of Dismissal and stipulate that all of Plaintiff's claims against all Defendants in this matter should be dismissed with prejudice—with each party nearing its own costs and attorney's fees. Therefore, no remaining claims or issues are before the Court.

1

Respectfully submitted

**Pluviose-Philip, PLLC**

*/s/ Wesley Pluviose-Philip*
**Wesley Pluviose-Philip**
State Bar No. 24122085
Bar No. 3870103
Pluviose-Philip, PLLC
530 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 999-6001
Email: wesley@pnplaw.com

**ATTORNEY FOR DEFENDANTS**

**/s/James Dore (signed with permission)**

James M. Dore
Justicia Laboral LLC
6232 N. Pulaski, #300
Chicago, Illinoi 60646
Phone: 773 -415-4898
Email: jdore@justicialaboral.com

**ATTORNEY FOR PLAINTIFF**

2

## **CERTIFICATE OF CONFERENCE**

    Counsel of record met and conferred twice on November 6, 2024 and November 11, 2024, regarding the substance of the relief sought in the foregoing motion.

*/s/Wesley Pluviose-Philip*
**Wesley Pluviose-Philip**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Stipulation has been provided to all counsel of record through electronic service, in accordance with the Fed. R. Civ. P., on November 12, 2024.

                                       */s/Wesley Pluviose Philip*
                                       **Wesley Pluviose-Philip**